DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADVANCED DIAGNOSTIC GROUP,** a/a/o **GLADYS SOTO,**
Appellant,

v.

**DIRECT GENERAL INSURANCE COMPANY,**
Appellee.

No. 4D21-3568

[December 7, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven DeLuca, Judge; L.T. Case No. CONO21-017816.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

William J. McFarlane, III and Michael K. Mittelmark of McFarlane Law McFarlane Dolan & Prince, Coral Springs, for appellee.

### *ON CONFESSION OF ERROR*

PER CURIAM.

A provider, as the insured's assignee, appeals an order dismissing its complaint for breach of contract. The provider argues the trial court erred in dismissing the provider's complaint based on a declaratory judgment issued in another case for which the provider neither received notice nor participated.

The insurer has filed a Confession of Error. We therefore reverse and remand the case to the trial court to vacate the order of dismissal.

*Reversed and remanded.*

MAY, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***